# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PICARELLA, JR.,** | : | CIVIL NO. 1:16-CV-501 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KRISTA BROUSE,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 6th day of February, 2018, upon consideration of defendants' motion (Doc. 36) to dismiss the second amended complaint in part, and in accordance with the court's memorandum of same date, it is hereby ORDERED that the motion (Doc. 36) is GRANTED in its entirety as follows:

1. The motion is GRANTED with respect to the Fourteenth Amendment due process and equal protection claims, the Eighth Amendment conditions of confinement claim, and the <u>Monell</u> claim. These claims are DISMISSED in their entirety.

2. The motion is GRANTED as to any claim for damages under the Pennsylvania Constitution. This claim is DISMISSED in its entirety.

3. The claims against defendants James Smink and Brian Wheary are dismissed in their entirety. The Clerk of Court is directed to TERMINATE these defendants.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania