# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PICARELLA, JR.,** | : | CIVIL NO. 1:16-CV-501 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **KRISTA BROUSE,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of April, 2018, upon consideration of plaintiff's motion (Doc. 56) to withdraw the motion for entry of default, wherein he requests to withdraw his previously filed motion (Doc. 52) for entry of default, it is hereby ORDERED that:

1. The motion (Doc. 56) to withdraw the motion for entry of default is GRANTED.

2. The motion (Doc. 52) for entry of default is deemed WITHDRAWN.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania