# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PICARELLA, JR.,** | : | CIVIL NO. 1:16-CV-501 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KRISTA BROUSE, JAMES SMINK, BRIAN WHEARY, COUNTY OF NORTHUMBERLAND,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of May, 2018, upon consideration of plaintiff's motion (Doc. 46) for Rule 11 sanctions, and in accordance with the court's memorandum issued this date, it is hereby ORDERED that the motion (Doc. 46) is DENIED without prejudice.

                                                  /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania