# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PICARELLA, JR.,** | : | **CIVIL NO. 1:16-CV-501** |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KRISTA BROUSE,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 8th day of January, 2020, upon consideration of plaintiff's motion (Doc. 69) for Rule 11 sanctions, wherein he contends that defendants failed to serve him with their motion for leave to depose a prisoner, and upon further consideration of defendants' certificate of service indicating that plaintiff was served with the motion on March 11, 2019 (see Doc. 61, at 4; Doc. 71-1, at 4), it is hereby ORDERED that the motion (Doc. 69) for sanctions is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania