# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PICARELLA, JR.,** | : | CIVIL NO. 1:16-CV-501 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KRISTA BROUSE**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 14th day of January, 2020, upon consideration of defendant's motion (Doc. 84) for summary judgment, and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. The motion (Doc. 84) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant and against plaintiff.

3. Plaintiff's request (Doc. 81) that the court order defense counsel to comply with the Department of Corrections' policy regarding incoming inmate mail is DISMISSED.

4. Plaintiff's request (Doc. 86) for judgment and sanctions based on defendant's and defense counsel's purported nefarious conduct is DISMISSED.

5. Plaintiff's motion (Doc. 99) for referral to alternative dispute resolution is DISMISSED.

6. The Clerk of Court is directed to CLOSE this case.

7. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania